March 12, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

ALLEN CHRISTOPHER TRUMBULL, Appellant

NO. 14-12-00589-CV                    V.

SHELBY HENLEY TRUMBULL, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Shelby Henley Trumbull, signed March 6, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Shelby Henley Trumbull.

We further order this decision certified below for observance.